Casazza, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present— Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Max Brown, Appellant, v. Benjamin Hoffman, Respondent.— Order affirmed with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Gennaro Caggiano, Respondent, v. Runkel Brothers, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of the Application of Laurien C. Robertson, Respondent, for an Order Substituting New Attorneys for Gustav Lange, Jr., Her Attorney, Appellant, in a Certain Action Entitled Laurien C. Robertson against Edward F. Robertson.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.; Clarke, P. J., dissented.

Onorio Ruotolo, Respondent, v. Press Publishing Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.; Dowling, J., dissented.

Lottie Schmalz v. Ajev Company.— Motion granted, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Anna Jacobson v. Ignatz Jacobson. Anna Jacobson v. Ignatz Jacobson.— Motions granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

The People of the State of New York ex rel. William J. Shearer v, Michael F. Blake and Others.— Motion granted unless appellant complies with terms stated in order. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Julius Kramer and Another v. Benjamin Fleischer.— Motion denied. with leave to renew on the ground that the moving papers are insufficient to establish a default under rule 41,* and, therefore, that the notice of motion as given was insufficient. Present— Clarke,. P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of Blanche B. Robinson.— Motion to dismiss appeal denied, without costs. Present— Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of Blanche B. Robinson.— Motion to extend time granted on condition that appellant procure the appeal to be put on calendar ready for argument on the 11th day of April, 1916. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

George Constantin v. Consolidated Gas Company.—Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of J. Charles Groshut v. Kinetophoto Corporation.—

---

* General Rules of Practice, rule 41.— [REP.